BLANCHE COHEN, Respondent, v. RUBIN SIMON, Appellant.— Judgment reversed, with costs, and complaint dismissed, with costs, upon the ground that the plaintiff was an invitee of Henry Simon, and not of Rubin Simon, and that the defendant is, therefore, not liable. (*Rolfe v. Hewitt,* 227 N. Y. 486; *Patnode v. Foote,* 153 App. Div. 494.) Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

NEW YORK YELLOW CAB CO. SALES AGENCY, INC., Appellant, v. AMERICO F. ROSASCO, Doing Business, etc., Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.; Merrell, J., dissents.

FAVORITE PAPER BOX CO., INC., Respondent, v. PACIFIC FIRE INSURANCE COMPANY OF NEW YORK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

SAMUEL JACOBS, Respondent, v. METCO CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

ESPERIDION CASTRO, Respondent, v. LATIN AMERICAN OIL DEVELOPMENT CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

MARIE J. GOLDREICH, Respondent, v. BEATRICE W. SULLIVAN, Sued Herein as BEATRICE W. FLAGLER, Appellant.— Judgment and order reversed and a new trial ordered, with costs to the appellant to abide the event unless the plaintiff stipulates to reduce the judgment as entered to the sum of $10,174; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

HARRY KOTTLER, Respondent, v. WASHINGTON PIECE DYEING & FINISHING Co., INC., Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

NEWPORT BOILER COMPANY, INC., Respondent, v. ISLAND PLUMBING AND HEATING CORPORATION, Appellant.—Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.; Finch, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* WILLIAM FEUER and Another, Appellants.*— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISAAC COHEN, Appellant.—Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

MARY A. SUTTER, Respondent, v. NEW YORK, WESTCHESTER AND BOSTON RAILWAY COMPANY, Appellant.—Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

SIDNEY L. BENNETT, Appellant, v. IRVING LEWIS and Others, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

* Affd.. 248 N. Y. 610.